UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE SEPTEMBER 11 LITIGATION

Case No.: 21 MC 97 (AKH)

THIS DOCUMENT RELATES TO:

07 CV 8399

<u>Fisher v. AMR Corporation., et. al.</u>

---

## NOTICE ADOPTING AMENDED ANSWER OF DEFENDANT UNITED AIR LINES, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT

PLEASE TAKE NOTICE THAT defendant UNITED AIR LINES, INC. hereby adopts its Master Amended Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.

WHEREFORE, defendant UNITED AIR LINES, INC. respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated:   New York, New York
         November 12, 2007

QUIRK AND BAKALOR, P.C.

By: _____
    Jeffrey J. Ellis (JJE 7796)
A Member of the Firm
Attorneys for Defendant
UNITED AIR LINES, INC.
845 Third Avenue, 15th Floor
New York, New York  10022
Tel.: (212) 319-1000
Fax: (212) 319-1065

And

                         MAYER BROWN, LLP
                         Michael Rowe Feagley
                         71 South Wacker Drive
                         Chicago, Illinois  60606
                         Telephone: (312) 701-7065
                         Facsimile:  (312) 706-8623

TO:

| | |
|---|---|
| Marc S. Moller, Esq.<br>KREINDLER & KREINDLER<br>*Individual Plaintiffs' Counsel and Plaintiffs' Liaison Counsel*<br>100 Park Avenue<br>New York, NY  10017-5590<br>Tel.: (212) 687-8181 | Richard A. Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>*Ground Defendants' Liaison Counsel*<br>One Liberty Plaza<br>New York, NY 10006<br>Tel.: (212) 412-9500 |
| Jonathan A. Azrael, Esq.<br>AZRAEL, GANN AND FRANZ, LLP<br>*Individual Plaintiff's Counsel*<br>101 East Chesapeake Avenue, Fifth Fl.<br>Baltimore, Maryland  21286<br>Tel.: (410) 821-6800 | Robert A. Clifford, Esq.<br>CLIFFORD LAW OFFICES<br>*Property Damage & Business Loss Plaintiffs' Liaison Counsel*<br>120 LaSalle Street, 31st Floor<br>Chicago, IL 60602<br>Tel.: (312) 899-9090 |
| Donald Migliori, Esq.<br>MOTLEY RICE, LLC<br>*Plaintiff's Liaison Counsel*<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mt. Pleasant, SC  29465<br>Tel: (843) 216-9000 | Beth D. Jacobs, Esq.<br>SCHIFF HARDIN LLP<br>*WTC7 Ground Defendants' Liaison Counsel*<br>900 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 753-5000 |
| Desmond T. Barry, Jr., Esq.<br>CONDON & FORSYTH, LLP<br>*Defendants' Liaison Counsel*<br>685 Third Avenue<br>New York, NY  10017<br>Tel.: (212) 490-9100 | Beth Goldman, Esq.<br>U.S. Department of Justice<br>U.S. Attorney's Office, Southern District<br>86 Chambers Street<br>New York, NY 10007<br>Tel.: (212) 637-2732 |

ALL DEFENSE COUNSEL BY ELECTRONIC MAIL SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.     Year
21 MC 97 (AKH)

IN RE SEPTEMBER 11TH LITIGATION

This document relates to:

*Fisher v. AMR Corporation, et. al.*
07-CV-8399

### NOTICE OF ADOPTION

**QUIRK AND BAKALOR, P.C.**
UNITED AIR LINES INC.

*Attorney(s) for*

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on                    /        at              M.

of which the within is a true copy
one of the judges of the

Dated,