UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

IN RE: SEPTEMBER 11, 2001 LITIGATION           21 MC 97 (AKH)

-------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

KAREN ARTUSA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hewlett, New York, and that on the 13th day of November, 2007, deponent served the within **ANSWER OF DEFENDANTS UNITED AIRLINES, INC. and UAL CORPORATION TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT** by transmitting a copy of the following persons by e-mail at the e-mail address set forth after each name below, which was designated by the attorney for such purpose:

| | |
|---|---|
| PLAINTIFFS' LIAISON COUNSEL<br>Donald Migliori, Esq.<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC  29465<br>dmigliori@motleyrice.com | PLAINTIFFS' LIAISON COUNSE.<br>Marc S. Moller, Esq.<br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY  10017-5590<br>mmoller@kreindler.com |
| DEFENDANTS' LIAISON COUNSEL<br>Desmond T. Barry, Esq.<br>Condon & Forsyth<br>7 Times Square<br>New York, New York  10036<br>DBarry@condonlaw.com | GROUND DEFENDANTS'<br>LIAISON COUNSEL<br>Richard A. Williamson, Esq.<br>Flemming Zulack Williamson Zauderer<br>One Liberty Plaza<br>New York, NY  10006<br>rwilliamson@fzwz.com |

PROPERTY DAMAGE &
BUSINESS LOSS LIAISON COUNSEL
Robert A. Clifford, Esq.
Clifford Law Offices
120 LaSalle Street – 31st Floor
Chicago, Illinois 60602
rac@cliffordlaw.com

Beth Goldman, Assistant U.S. Attorney
Sarah S. Normand, Assistant U.S. Attorney
U.S. Attorneys Office, SDNY
86 Chambers Street
New York, New York 10007
beth.goldman@usdoj.gov
sarah.normand@usdoj.gov

WTC7 GROUND DEFENDNATS'
LIAISAON COUNSEL
Beth D. Jacobs, Esq.
Schiff Hardin, LLP
900 Third Avenue
New York, NY 10022
bjacob@schiffhardin.com

_Karen Art___
Karen Artusa

Sworn to before me this
13th day of November, 2007

_____
NOTARY PUBLIC

Glenda Y. Villareal
Notary Public State of New York
No. 02VI6157898
Qualified in Queens County
Commission Expires 12/11/2010