UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

IN RE: SEPTEMBER 11, 2001 LITIGATION

21 MC 97 (AKH)
This document relates to:
07-cv-8402
03-cv-6800
07-cv-8401
03-cv-6183
07-cv-8398
03-cv-1016
03-cv-6810
03-cv-6808
07-cv-8399
02-cv-7145
02-cv-6379
04-cv-0365
02-cv-6378
02-cv-7150

-----------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

KAREN ARTUSA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hewlett, New York, and that on the 13th day of November, 2007, deponent served the within **NOTICES ADOPTING ANSWER OF DEFENDANTS UNITED AIRLINES, INC. and UAL CORPORATION TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT** by transmitting a copy of the following persons by e-mail at the e-mail address set forth after each name below, which was designated by the attorney for such purpose:

| | |
|---|---|
| PLAINTIFFS' LIAISON COUNSEL<br>Donald Migliori, Esq.<br>Motley Rice, LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC  29465<br>dmigliori@motleyrice.com | PLAINTIFFS' LIAISON COUNSEL<br>Marc S. Moller, Esq.<br>Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY  10017-5590<br>mmoller@kreindler.com |
| DEFENDANTS' LIAISON COUNSEL<br>Desmond T. Barry, Esq.<br>Condon & Forsyth<br>7 Times Square<br>New York, New York  10036<br>DBarry@condonlaw.com | GROUND DEFENDANTS'<br>LIAISON COUNSEL<br>Richard A. Williamson, Esq.<br>Flemming Zulack Williamson Zauderer<br>One Liberty Plaza<br>New York, NY  10006<br>rwilliamson@fzwz.com |
| PROPERTY DAMAGE &<br>BUSINESS LOSS LIAISON COUNSEL<br>Robert A. Clifford, Esq.<br>Clifford Law Offices<br>120 LaSalle Street – 31st Floor<br>Chicago, Illinois  60602<br>rac@cliffordlaw.com | WTC7 GROUND DEFENDNATS'<br>LIAISAON COUNSEL<br>Beth D. Jacobs, Esq.<br>Schiff Hardin, LLP<br>900 Third Avenue<br>New York, NY  10022<br>bjacob@schiffhardin.com |
| Beth Goldman, Assistant U.S. Attorney<br>Sarah S. Normand, Assistant U.S. Attorney<br>U.S. Attorneys Office, SDNY<br>86 Chambers Street<br>New York, New York  10007<br>beth.goldman@usdoj.gov<br>sarah.normand@usdoj.gov | Jonathan A. Azrael, Esq.<br>Azrael, Gann and Franz, LLP<br>101 E. Chesapeake Ave. 5th Fl.<br>Baltimore, MD  21286<br>jazrael@agflaw.com<br>kfranz@aglaw.com<br><br>_Karen Artusa_ |

Sworn to before me this
13th day of November, 2007

_____
NOTARY PUBLIC

Glenda Y. Villareal
Notary Public State of New York
No. 02VI6157898
Qualified in Queens County
Commission Expires 12/11/2010