UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE SEPTEMBER 11, 2001 LITIGATION

: Civil Action No.:
: 21 MC 97 (AKH)
:
: This Document Relates to:
: 07 CV 8399
:
: <u>Fisher v. AMR Corporation, et. al.</u>
:
:
:

------------------------------------------------------------x

<u>**NOTICE OF ADOPTION**</u>

**PLEASE TAKE NOTICE THAT,** defendant Delta Air Lines, Inc. incorrectly s/h/a Delta Airlines, Inc., hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer in the above-captioned action.

Dated: Garden City, New York
       November 13, 2007

                                                  GALLAGHER GOSSEEN
                                                FALLER & CROWLEY

By: _____
     MICHAEL J. CROWLEY
     JAMES A. GALLAGHER, JR.
     JAMES F. GALLAGHER
A Member of the Firm
*Attorneys for Defendant*
**DELTA AIR LINES, INC. incorrectly
s/h/a DELTA AIRLINES, INC.**
1010 Franklin Avenue, Suite 400
Garden City, NY 11530-2927
(516) 742-2500
Atty. I.D. # MC/2821
Atty. I.D. # JG/7597
Atty. I.D. # JG 3256

TO:    **SEE ATTACHED SERVICE LIST**
        **(Via Electronic Mail Only)**

SERVICE LIST

TO: Keith S. Franz, Esq.
**AZRAEL GANN & FRANZ LLP**
101 East Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
(410) 821-6800
*Counsel for Plaintiff Re: Doc. No. 07 CV 8399*
*Via E-Mail*: kfranz@agflaw.com

Kenneth P. Nolan, Esq.
**SPEISER KRAUSE NOLAN & GRANITO**
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY 10017
*Counsel for Plaintiff Re: Doc. No. 07 CV 8399*
*Via E-Mail*: kpn@ny.speiserkrause.com

Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*: dmigliori@motleyrice.com
*Via E-Mail*: melsner@motleyrice.com

Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
*Via E-Mail*:  mmoller@kreindler.com
*Via E-Mail*:  balexander@kreindler.com

Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
*Via E-Mail*: dbarry@condonlaw.com
*Via E-Mail*: vturchetti@condonlaw.com

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
<u>*Via E-Mail*</u>: **rac@cliffordlaw.com**
<u>*Via E-Mail*</u>: **tst@cliffordlaw.com**

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>: **rwilliamson@fzwz.com**
<u>*Via E-Mail*</u>: **bstein@fzwz.com**

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
<u>*Via E-Mail*</u>: **bjacob@schiffhardin.com**

## *** SERVICE RIDER (CONT'D) ***

TO: Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
<u>*Via E-Mail*</u>: **sarah.normand@usdoj.gov**
<u>*Via E-Mail*</u>: **beth.goldman@usdoj.gov**
<u>*Via E-Mail*</u>: **jeannette.vargas@usdoj.gov**

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                              ) ss.:
**COUNTY OF NASSAU** )

      Cathy Siliato, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

      On November 13, 2007 deponent served the within **NOTICE OF ADOPTION** upon:

**SEE ATTACHED SERVICE LIST
Via Electronic Mail Only**

being the E-Mail addresses designated by said attorneys/parties for that purpose by transmitting a true copy of same by use of the World Wide Web through a designated Internet Provider Service.

_____
CATHY SILIATO

Sworn to before me this
13th day of November, 2007

_____
Notary Public

CATHLEEN M. HOHIL
Notary Public, State Of New York
No. 01HO4756624
Qualified In Nassau County
Commission Expires 5/3/2010

## SERVICE LIST

TO: Keith S. Franz, Esq.
**AZRAEL GANN & FRANZ LLP**
101 East Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
(410) 821-6800
*Counsel for Plaintiff Re: Doc. No. 07 CV 8399*
***Via E-Mail***: kfranz@agflaw.com

Kenneth P. Nolan, Esq.
**SPEISER KRAUSE NOLAN & GRANITO**
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY 10017
*Counsel for Plaintiff Re: Doc. No. 07 CV 8399*
***Via E-Mail***: kpn@ny.speiserkrause.com

Donald A. Migliori, Esq.
Michael E. Elsner, Esq.
**MOTLEY RICE**
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000
*Counsel for Plaintiff Re: Doc. No. 02 CV 7608
and PI/WD Plaintiffs' Liaison Counsel*
***Via E-Mail***: dmigliori@motleyrice.com
***Via E-Mail***: melsner@motleyrice.com

Marc S. Moller, Esq.
Brian Alexander, Esq.
**KREINDLER & KREINDLER, LLP**
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*
***Via E-Mail***:  mmoller@kreindler.com
***Via E-Mail***:  balexander@kreindler.com

Desmond T. Barry, Jr., Esq.
**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*
***Via E-Mail***:  dbarry@condonlaw.com
***Via E-Mail***:  vturchetti@condonlaw.com

*** SERVICE RIDER (CONT'D) ***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
*Via E-Mail*: rac@cliffordlaw.com
*Via E-Mail*: tst@cliffordlaw.com

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
*Via E-Mail*: rwilliamson@fzwz.com
*Via E-Mail*: bstein@fzwz.com

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
*Via E-Mail*: bjacob@schiffhardin.com

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
*Via E-Mail*: sarah.normand@usdoj.gov
*Via E-Mail*: beth.goldman@usdoj.gov
*Via E-Mail*: jeannette.vargas@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE SEPTEMBER 11, 2001 LITIGATION*

**NOTICE OF ADOPTION**

**GALLAGHER GOSSEEN FALLER & CROWLEY**
*Attorneys at Law*

*Attorneys for Defendant*

**DELTA AIR LINES, INC. - FLIGHT 77**

*Office and Post Office Address, Telephone*
1010 Franklin Avenue
Suite 400
Garden City, New York 11530
(516) 742-2500
Fax: (516) 742-2516