UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE SEPTEMBER 11 LITIGATION           :
                                        :
This Motion relates to:                 :
                                        :
Fisher v. AMR Corp., et al., 07 CV 8399 (AKH)  : Civil No.
                                        : 21 MC 97 (AKH)
Golinski v. AMR Corp., et al., 07 CV 8398 (AKH) :
                                        : **NOTICE OF MOTION**
Shontere v. AMR Corp., et al., 07 CV 8401 (AKH) :
                                        :
Willcher v. AMR Corp., et al., 07 CV 8402 (AKH) :
                                        :
----------------------------------------X

PLEASE TAKE NOTICE that defendants American Airlines, Inc., AMR Corporation and Argenbright Security, Inc. will move this Court upon the accompanying declaration and memorandum of law, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order: (1) approving the settlement agreement entered into by plaintiff Christine K. Fisher and certain defendants, dated February 28, 2008, settling the claims asserted in *Fisher v. AMR Corporation, et al.*, 07 Civ. 8399 (AKH); approving the settlement agreement entered into by plaintiff Irene M. Golinski and certain defendants, dated February 28, 2008, settling the claims asserted in *Golinski v. AMR Corporation, et al.*, 07 Civ. 8398 (AKH); approving the settlement agreement entered into by plaintiff Julia P. Shontere and certain defendants, dated February 28, 2008, settling the claims asserted in *Shontere v. AMR Corporation, et al.*, 07 Civ. 8401 (AKH); and approving the settlement agreement entered into by plaintiff Shirley N. Willcher and certain defendants, dated February 28, 2008, settling the claims asserted in *Willcher v. AMR Corporation, et al.*, 07 Civ. 8402 (AKH); (2) entering final

judgment in each case pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; (3) ruling that the liability limitation contained in section 408(a)(1) of the Air Transportation Safety and System Stabilization act applies to the settlement amounts; and (4) dismissing the Complaints in *Fisher v. AMR Corporation, et al.*, 07 Civ. 8399 (AKH); *Golinski v. AMR Corporation, et al.*, 07 Civ. 8398 (AKH); *Shontere v. AMR Corporation, et al.*, 07 Civ. 8401 (AKH); and *Willcher v. AMR Corporation, et al.*, 07 Civ. 8402 (AKH), with prejudice to all defendants.

Dated: New York, New York
       March 14, 2008

             Respectfully submitted,

             CONDON & FORSYTH LLP

             By: _____
               Desmond T. Barry, Jr., Esq. (DB 8066)
             7 Times Square
             New York, New York 10036
             Tel.: (212)894-6770
             Fax: (212)894-6771
             DBarry@condonlaw.com

             -and-

             DEBEVOISE & PLIMPTON LLP
             Roger E. Podesta, Esq. (RP 1749)
             Maura K. Monaghan, Esq. (MM 7682)
             919 Third Avenue
             New York, New York 10022
             Tel.: (212)909-6000
             Fax: (212)909-6836
             REPodesta@debevoise.com

             Attorneys for Defendants
             AMERICAN AIRLINES, INC. and
             AMR CORPORATION

SIMPSON THACHER & BARTLETT LLP

By: _____
Joseph F. Wayland, Esq. (JW 7549)
425 Lexington Avenue
New York, New York 10017
Tel.: (212)455-2000
Fax: (212)455-2502
JWayland@stblaw.com

Attorneys for Defendant
ARGENBRIGHT SECURITY, INC.